In the Matter of NATIONAL SURETY COMPANY.

DEPARTMENT OF BANKING, STATE OF NEBRASKA, as Receiver and Liquidating Agent of FARMERS STATE BANK, CALLAWAY, NEBRASKA, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Respondent.

Argued May 29, 1942; decided June 18, 1942.

*Morris Amchan, Charles B. Law, John W. Barker* and *Nathan Amchan* for appellant.

*Gail L. Ireland, Attorney-General of Colorado,* and the *Attorneys-General of Connecticut, Florida, Georgia, Indiana, Kentucky, Missouri, Montana, North Dakota, Ohio, Texas, Utah, West Virginia* and *Wyoming, amici curiæ.*

*J. Francis Lynch* and *Edward F. Keenan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.